FILED
JANUARY 17, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case 1:08-cv-00406   Document 5   Filed 01/17/2008   Page 1 of 1

DAJ

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 406**

In the Matter of   Case Number:

KHYATI ANDREWS

v.

SEARS HOLDING CORPORATION, d/b/a SEARS

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

KHYATI ANDREWS

**JUDGE GUZMAN**
**MAGISTRATE JUDGE MASON**

| | |
|---|---|
| NAME (Type or print) | |
| Darren A. Bodner | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/Darren A. Bodner | |
| FIRM | |
| Lisa Kane & Associates, P.C. | |
| STREET ADDRESS | |
| 120 South LaSalle Street, Suite 1420 | |
| CITY/STATE/ZIP | |
| Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 06289083 | 312-606-0383 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | X |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | X |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐