FILED
JANUARY 17, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Verification**

I, KHYATI ANDREWS, declare under penalty of perjury that the foregoing is true and correct.

Executed on January 17, 2008.

_____
KHYATI ANDREWS

**08 C 406**

**JUDGE GUZMAN**
**MAGISTRATE JUDGE MASON**