IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **KHYATI ANDREWS,** | |
| **Plaintiff,** | No. 08 CV 0406 |
| v. | Hon. Ronald A. Guzman<br>Judge Presiding |
| **SEARS HOLDING CORPORATION, d/b/a SEARS,** | Magistrate J. Mason |
| **Defendant.** | |

## NOTICE OF FILING

TO:

SEARS HOLDING CORPORATION, d/b/a SEARS
c/o C T Corporation System, Registered Agent
208 S. LaSalle Street, Suite 814
Chicago, IL 60604

PLEASE TAKE NOTICE that on *Friday, January 25, 2008,* Plaintiff filed electronically with the Clerk of the United States District Court for the Northern District, Eastern Division at the Everett McKinley Dirksen Building, 219 South Dearborn, Chicago, Illinois, the following:  First Amended Complaint.

s/Lisa Kane
Lisa Kane, Attorney for Plaintiff

## PROOF OF SERVICE

I, an attorney, hereby certify that I caused the above and foregoing Notice of Filing and attached materials, to be served upon those persons to whom said Notice is directed, via certified U.S. mail, this 25th day of January, 2008, before the hour of 5:00 P.M.

s/Lisa Kane
Lisa Kane, Attorney for Plaintiff