IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Khyati Andrews,**<br><br>            Plaintiff,<br><br>     v.<br><br>**Sears Holding Corporation,**<br><br>            Defendant. | No.  08 C 406<br><br>Hon. Judge Guzman |

## NOTICE OF MOTION

TO:

Lisa R. Kane
Darren A. Bodner
Janice A. Wegner
Michael S. Young
Lisa Kane & Associates, P.C.
120 South LaSalle Street, #1420
Chicago, IL  60603

       PLEASE TAKE NOTICE that on **Tuesday, February 5, 2008**, at **9:30 a.m.**, or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Guzman, in Courtroom 1219, of the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois, and then and there present the attached **Defendant's Motion to Extend Time to Answer or Otherwise Plead,** a copy of which is hereby served upon you.

                                        Respectfully submitted,

                                        **Sears Holdings Corporation**

                                         By:  /s/Grady B. Murdock, Jr.
                                           One of Their Attorneys

Grady B. Murdock, Jr.
Terese M. Connolly
LITTLER MENDELSON
200 North LaSalle Street, Suite 2900
Chicago, IL  60601
312.372.5520 (phone)

Dated:  February 1, 2008