UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois — **CM/ECF LIVE, Ver 3.0**
Eastern Division

Khyati Andrews
                Plaintiff,

v.                                            Case No.: 1:08−cv−00406
                                                        Honorable Ronald A. Guzman

Sears Holding Corporation
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 4, 2008:

      MINUTE entry before Judge Ronald A. Guzman :Motion by Defendant Sears Holding Corporation for extension of time to file answer regarding complaint[1], amended complaint[13] [16] is granted to and including 2/25/08. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.