IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **KHYATI ANDREWS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | NO. 08 C 406 |
| | ) | |
| **SEARS HOLDINGS CORPORATION,** | ) | Hon. Ronald A. Guzman |
| **d/b/a SEARS,** | ) | Judge Presiding |
| | ) | Magistrate Judge Mason |
| **Defendant.** | ) | |

## NOTICE OF FILING

TO:  Grady B. Murdock, Jr., Esquire; Terese M. Connolly, Esquire
Littler Mendelson, P.C.
200 North LaSalle Street, Suite 2900
Chicago, Illinois 60601

PLEASE TAKE NOTICE that on **Tuesday, February 26, 2008,** Plaintiff filed electronically with the Clerk of the United States District Court for the Northern District, Eastern Division at the Everett McKinley Dirksen Building, 219 South Dearborn, Chicago, Illinois, the following: Report of Parties' Planning Meeting.

By s/Lisa Kane
Lisa Kane, Attorney for Plaintiff

## PROOF OF SERVICE

I, Lisa Kane, certify that I caused to be served this Notice of Filing and the above-mentioned accompanying documents upon those persons to whom said Notice is directed pursuant to ECF by 5:30 P.M. on February 26, 2008.

s/Lisa Kane
Lisa Kane, Attorney for Plaintiff

LISA KANE & ASSOCIATES, P.C.
Attorneys for Plaintiff
120 South LaSalle Street, Suite 1420
Chicago, Illinois 60603
(312) 606-0383
Attorney Code No. 06203093