IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **KHYATI ANDREWS,** <br><br> Plaintiff, <br><br> v. <br><br> **SEARS HOLDING CORPORATION, d/b/a SEARS,** <br><br> Defendant. | No. 08 C 406 <br><br> Judge: Guzman |

### NOTICE OF MOTION

TO:   Lisa R. Kane
      Darren A. Bodner
      Janice A. Wegner
      Michael S. Young
      Lisa Kane & Associates, P.C.
      120 South LaSalle Street, #1420
      Chicago, IL  60603

PLEASE TAKE NOTICE that on **Tuesday, April 15, 2008 at 9:30 a.m.,** or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Ronald A. Guzman, Room 1219 of the United States District Court for the Northern District of Illinois, Eastern Division, at 219 South Dearborn Street, Chicago, Illinois, and then and there present Defendant's Motion for an Agreed Protective Order, a copy of which is hereby served upon you.

                                                Respectfully submitted,

                                                SEARS, ROEBUCK AND CO., Defendant


                                                By:     s/ Grady B. Murdock, Jr.
                                                           One Of Its Attorneys

Grady B. Murdock, Jr. (#1992236)
Terese M. Connolly (#6282685)
LITTLER MENDELSON
A Professional Corporation
200 N. LaSalle Street
Suite 2900
Chicago, IL  60601
312.372.5520

Dated: April 7, 2008

## CERTIFICATE OF SERVICE

I, Grady B. Murdock, Jr., an attorney, certify that a copy of the foregoing was served via the Court's ECF system on April 7, 2008, on the following parties:

> Lisa R. Kane
> Darren A. Bodner
> Janice A. Wegner
> Michael S. Young
> Lisa Kane & Associates, P.C.
> 120 South LaSalle Street, #1420
> Chicago, IL  60603

                                                s/ Grady B. Murdock, Jr.