IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **KHYATI ANDREWS,**<br><br>        Plaintiff,<br><br>v.<br><br>**SEARS HOLDING CORPORATION,**<br>**d/b/a SEARS,**<br><br>        Defendant. | No.  08 C 406<br><br>Judge:  Guzman |

### NOTICE OF MOTION

TO:   Lisa R. Kane
       Darren A. Bodner
       Janice A. Wegner
       Michael S. Young
       Lisa Kane & Associates, P.C.
       120 South LaSalle Street, #1420
       Chicago, IL  60603

    PLEASE TAKE NOTICE that on **Thursday, April 24, 2008 at 9:30 a.m.,** or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Ronald A. Guzman, Room 1219 of the United States District Court for the Northern District of Illinois, Eastern Division, at 219 South Dearborn Street, Chicago, Illinois, and then and there present Defendant's Motion for an Agreed Protective Order, a copy of which is hereby served upon you.

                                        Respectfully submitted,

                                        SEARS, ROEBUCK AND CO., Defendant


                                        By:      s/ Grady B. Murdock, Jr.
                                                 One Of Its Attorneys

Grady B. Murdock, Jr. (#1992236)
Terese M. Connolly (#6282685)
LITTLER MENDELSON
A Professional Corporation
200 N. LaSalle Street
Suite 2900
Chicago, IL  60601
312.372.5520

Dated: April 16, 2008

## CERTIFICATE OF SERVICE

I, Grady B. Murdock, Jr., an attorney, certify that a copy of the foregoing was served via the Court's ECF system on April 16, 2008, on the following parties:

> Lisa R. Kane
> Darren A. Bodner
> Janice A. Wegner
> Michael S. Young
> Lisa Kane & Associates, P.C.
> 120 South LaSalle Street, #1420
> Chicago, IL  60603

s/ Grady B. Murdock, Jr.