IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KHYATI ANDREWS,<br><br>        Plaintiff,<br><br>    v.<br><br>SEARS HOLDING CORPORATION,<br>d/b/a SEARS,<br><br>        Defendant. | No.  08 C 406<br><br>Judge:  Guzman |

**MOTION FOR ENTRY OF SECOND AMENDED**
**AGREED PROTECTIVE ORDER**

Now comes Defendant, Sears, Roebuck and Co. (incorrectly named Sears Holding Corporation, hereinafter "Sears"), pursuant to Rule 26(c) of the Federal Rules of Civil Procedure (FRCP), and moves for entry of a Second Amended Agreed Protective Order governing the disclosure of confidential information regarding certain documents which will be produced in the course of this litigation. The facts and authorities in support of said motion are contained in the Defendant's Memorandum in Support of Its Motion for Entry of its Second Amended Agreed Protective Order, filed contemporaneously herewith.

                                              Respectfully submitted,
                                              SEARS, ROEBUCK AND CO., Defendant

                                              By:       s/ Terese M. Connolly
                                                        One Of Its Attorneys

Grady B. Murdock, Jr. (#1992236)
Terese M. Connolly (#6282685)
LITTLER MENDELSON
A Professional Corporation
200 N. LaSalle Street Suite 2900
Chicago, IL  60601
312.372.5520
Dated: April 29, 2008

## **CERTIFICATE OF SERVICE**

I, Terese M. Connolly, an attorney, certify that a copy of the foregoing was served via the Court's ECF system on April 29, 2008, on the following parties:

>Lisa R. Kane
>Darren A. Bodner
>Janice A. Wegner
>Michael S. Young
>Lisa Kane & Associates, P.C.
>120 South LaSalle Street, #1420
>Chicago, IL  60603

>              s/ Terese M. Connolly