IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **KHYATI ANDREWS,** <br><br> Plaintiff, <br><br> v. <br><br> **SEARS HOLDING CORPORATION, d/b/a SEARS,** <br><br> Defendant. | No.  08 C 406 <br><br> Judge:  Guzman |

## NOTICE OF MOTION

TO: Lisa R. Kane
Darren A. Bodner
Janice A. Wegner
Michael S. Young
Lisa Kane & Associates, P.C.
120 South LaSalle Street, #1420
Chicago, IL  60603

PLEASE TAKE NOTICE that on **Tuesday, May 6, 2008, at 9:30 a.m.,** or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Ronald A. Guzman, Room 1219 of the United States District Court for the Northern District of Illinois, Eastern Division, at 219 South Dearborn Street, Chicago, Illinois, and then and there present Defendant's Motion for Entry of Second Amended Agreed Protective Order, a copy of which is hereby served upon you.

    Respectfully submitted,

    SEARS, ROEBUCK AND CO., Defendant


By:     s/ Terese M. Connolly
    One Of Its Attorneys

Grady B. Murdock, Jr. (#1992236)
Terese M. Connolly (#6282685)
LITTLER MENDELSON
A Professional Corporation
200 N. LaSalle Street
Suite 2900
Chicago, IL  60601
312.372.5520

Dated: April 29, 2008

## CERTIFICATE OF SERVICE

I, Terese M. Connolly, an attorney, certify that a copy of the foregoing was served via the Court's ECF system on April 29, 2008, on the following parties:

>Lisa R. Kane
>Darren A. Bodner
>Janice A. Wegner
>Michael S. Young
>Lisa Kane & Associates, P.C.
>120 South LaSalle Street, #1420
>Chicago, IL  60603

>s/ Terese M. Connolly