# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ronald A. Guzman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 406 | **DATE** | 4/30/2008 |
| **CASE TITLE** | Khyati Andrews vs. Sears Holding Corp. | | |

**DOCKET ENTRY TEXT**

The parties' have filed a second amended protective order for the Court's approval. The proposed order defines confidential information to include information that pertains to the compensation, discipline and performance of Sears' current or former employees. The parties have not, however, offered any legal authority or other basis for shielding such information from disclosure. Accordingly, the Court strikes without prejudice their second amended protective order.

Docketing to mail notices.

| | Courtroom Deputy Initials: | LC/LM |
|---|---|---|

Case 1:08-cv-00406    Document 35    Filed 04/30/2008    Page 1 of 1

08C406 Khyati Andrews vs. Sears Holding Corp.                                                                                    Page 1 of 1