IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **KHYATI ANDREWS,** | |
| **Plaintiff,** | No. 08 CV 0406 |
| v. | Hon. Ronald A. Guzman<br>Judge Presiding |
| **SEARS HOLDING CORPORATION, d/b/a SEARS,** | Magistrate J. Mason |
| **Defendant.** | |

### NOTICE OF FILING

TO:   Adam Wit, Esquire
William J. Shin, Esquire
Littler Mendelson
200 North LaSalle Street, Suite 2900
Chicago, IL 60601

PLEASE TAKE NOTICE that on **June 24, 2008, at 9:30 A.M.**, or as soon thereafter as counsel may be heard, the undersigned shall appear before Honorable Judge Guzman, or any judge sitting in his stead, in the court room usually occupied by him at the Everett McKinley Dirksen Building, 219 South Dearborn, Chicago, Illinois and present Plaintiff's Motion for Leave to Effect Depositions in Excess of Federal Rule of Civil Procedure 30(a)(2)(A) Limitations, a copy of which is attached hereto.

/s/ Lisa Kane
Lisa Kane

LISA KANE & ASSOCIATES, P.C.
120 South LaSalle Street
Suite 1420
Chicago, Illinois 60603
(312) 606-0383
Attorney Code No. 06203093

### PROOF OF SERVICE

I, an attorney, hereby certify that I caused the above and foregoing Notice of Filing to be served upon those persons to whom said Notice is directed, via ECF, this 17th day of June, 2008, before the hour of 5:00 P.M.

/s/ Lisa Kane