# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **KHYATI ANDREWS,**<br><br>          Plaintiff,<br><br>     v.<br><br>**SEARS HOLDING CORPORATION,**<br>**d/b/a SEARS,**<br><br>          Defendant. | No. 08 C 406<br><br>Judge: Guzman |

## NOTICE OF WITHDRAWAL

Counsel for Defendant Sears Holding Corporation, d/b/a Sears, Terese M. Connolly, respectfully requests to withdraw her appearance for Defendant in this matter as she is leaving the firm of Littler Mendelson, P.C. on June 19, 2008. Mr. Wit will continue to represent Defendant in this matter.

                                                Respectfully submitted,

                                                SEARS, ROEBUCK AND CO., Defendant

                                                By:        s/ Terese M. Connolly
                                                            One Of Its Attorneys

Adam C. Wit (#06230538)
Grady B. Murdock, Jr. (#1992236)
Terese M. Connolly (#6282685)
LITTLER MENDELSON
A Professional Corporation
200 N. LaSalle Street
Suite 2900
Chicago, IL  60601
312.372.5520

Dated: June 18, 2008

**CERTIFICATE OF SERVICE**

I, Terese M. Connolly, an attorney, certify that a copy of the foregoing was served via the Court's ECF system on June 18, 2008, on the following parties:

>Lisa R. Kane
>Darren A. Bodner
>Janice A. Wegner
>Michael S. Young
>Lisa Kane & Associates, P.C.
>120 South LaSalle Street, #1420
>Chicago, IL  60603

>s/ Terese M. Connolly