UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Khyati Andrews
                    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　Case No.: 1:08−cv−00406
　　　　　　　　　　　　　　　　　　　　Honorable Ronald A. Guzman

Sears Holding Corporation
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 19, 2008:

      MINUTE entry before the Honorable Ronald A. Guzman:Counsel for Defendant Sears Holding Corporation, Terese M. Connolly, is granted leave to withdraw as attorney for defendant in this matter. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.