**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Khyati Andrews
                      Plaintiff,

v.                                                Case No.: 1:08−cv−00406
                                                    Honorable Ronald A. Guzman

Sears Holding Corporation
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, June 20, 2008:

      MINUTE entry before the Honorable Ronald A. Guzman:Motion by Plaintiff for discovery Motion for Leave to Effect Depositions in Excess of Federal Rule of Civil Procedure 30(a)(2)(A) Limitations [42] is withdrawn.Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.