IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KHYATI ANDREWS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SEARS HOLDING CORPORATION, d/b/a SEARS,<br><br>　　　　　Defendant. | No. 08 CV 0406<br><br>Hon. Ronald A. Guzman<br>　Judge Presiding<br><br>Magistrate J. Mason |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY stipulated by and between the Plaintiff, KHYATI ANDREWS, by her attorney, LISA KANE of LISA KANE & ASSOCIATES, P.C., and Defendant, SEARS HOLDING CORPORATION, d/b/a SEARS, by its attorney, ADAM WIT of LITTLER MENDELSON, that this case be dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, all parties to bear their own costs and fees.

Dated: July 1, 2008

| KHYATI ANDREWS, | SEARS HOLDING CORPORATION, d/b/a SEARS, |
|---|---|
| By /s/ Lisa Kane | By /s/ Adam Wit (by consent) |
| LISA KANE | ADAM WIT |
| LISA KANE & ASSOCIATES, P.C. | LITTLER MENDELSON |
| Attorney for Plaintiff | Attorney for Defendant |
| 120 South LaSalle Street | 200 North LaSalle Street, Suite 2900 |
| Suite 1420 | Chicago, Illinois 60601 |
| Chicago, Illinois 60603 | (312) 372-5520 |
| (312) 606-0383 | |
| ATTORNEY CODE NO. 06203093 | |