IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **KHYATI ANDREWS,** | |
| **Plaintiff,** | No. 08 CV 0406 |
| v. | Hon. Ronald A. Guzman<br>Judge Presiding |
| **SEARS HOLDING CORPORATION, d/b/a SEARS,** | Magistrate J. Mason |
| **Defendant.** | |

## NOTICE OF FILING

TO:   Adam Wit, Esquire
      LITTLER MENDELSON
      200 North LaSalle Street, Suite 2900
      Chicago, Illinois 60601

   Please take notice that the 1st day of July, 2008, the Stipulation of Dismissal with Prejudice was filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604, a copy of which is attached hereto.

                                        /s/ Lisa Kane
                                        Lisa Kane

LISA KANE & ASSOCIATES, P.C.
120 South LaSalle Street
 Suite 1420
Chicago, Illinois 60603
(312) 606-0383
Attorney Code No. 06203093

## PROOF OF SERVICE

I, an attorney, hereby certify that I caused the above and foregoing Notice of Filing to be served upon those persons to whom said Notice is directed, via ECF, this 1st day of July, 2008, before the hour of 5:00 P.M.

                                        /s/ Lisa Kane