**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Khyati Andrews
                              Plaintiff,

v.                                                 Case No.: 1:08−cv−00406
                                                          Honorable Ronald A. Guzman

Sears Holding Corporation
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 2, 2008:

      MINUTE entry before the Honorable Ronald A. Guzman: Pursuant to parties' stipulation to dismiss, this action is hereby dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1). Each party will bear its own attorneys fees and costs. Any pending motions or schedules in this case are stricken as moot. Civil case terminated. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.